[No. 15381.   Department One.   December 2, 1919.]

CHRIS PALLIS, *Respondent,* v. J. T. KUSUMI *et al.,*
*Appellants.*[1]

APPEAL (445, 456) — HARMLESS ERROR — ARGUMENT OF COUNSEL.
Error cannot be predicated upon impropriety in argument of counsel that was corrected by prompt and adequate instructions.

Appeal from a judgment of the superior court for King county, Jurey, J., entered January 20, 1919, upon the verdict of a jury rendered in favor of the plaintiff, in an action in tort.   Affirmed.

*J. H. Templeton,* for appellants.
*Ryan & Desmond,* for respondent.

PER CURIAM.—The only point urged as entitling the appellants to a new trial is that respondent's counsel overstepped the bounds of propriety in asking certain questions of the appellants while on the witness stand. The record, in our judgment, shows nothing prejudicial to the appellants' interest to have occurred, and whatever irregularities there may have been were corrected by prompt and adequate instructions by the court to the jury.

Judgment affirmed.

[1]Reported in 184 Pac. 789.